United States District Court
For the Northern District of California

*E-Filed 1/13/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG FOUST, | No. C 11-80005 RS |
|     Plaintiff, | |
| v. | **ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION** |
| UNITED STATES, ET AL., | |
|     Defendants. | |

Pursuant to Civil Local Rule 3-12(c), this matter is hereby referred to the Honorable Charles Breyer for a determination as to whether it is related to *Foust v. United States of America*, C 10-mc-80204 CRB.

**IT IS SO ORDERED.**

Dated: 1/13/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE