IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS FOUST, | No. C 11-80005 CRB |
| Petitioner, | **JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The Court, having granted Respondent's Motion to Dismiss and denied Petitioner's Petition to Quash, hereby enters Judgment in Respondent's favor against Petitioner.

**IT IS SO ORDERED.**

Dated: May 6, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\80005\Judgment.wpd